April 3, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

## NO. 15-24-00024-CV

STEVEN J. STRINGFELLOW, Appellant

V.

TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellee

This cause, an appeal from an order in favor of appellee, Texas Department of Public Safety, signed, May 15, 2024, was heard on the appellate record. We have inspected the record and find no error in the order. We order the order of the court below **AFFIRMED**.

We further order this decision certified below for observance.

Judgment Rendered April 3, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered by Justice Farris.